# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                          : CHAPTER 13
STEVEN E. ST. CLAIR                              : CASE NO.: 1:15-bk-02548-HWV
                                                                     :

## MOTION BY DEBTOR/ MOVANT TO CONVERT
## FROM CHAPTER 13 CASE TO CHAPTER 7 CASE

    **AND NOW COME,** Steven E. St. Clair, Debtor/Movant, by and through his attorneys, Jacobson & Julius, and aver the following:

    1.    This bankruptcy case was commenced by a petition filed by Debtor/Movant under Chapter 13 of the United States Bankruptcy Code on June 15, 2015.

    2.    Debtor/Movant's filing is due to an increase in child support by $200.00 per month plus Debtor/Movant has moved out of the marital property.

    3.    Debtor/Movant was otherwise eligible to proceed under Chapter 13 of said title, and now desires to convert his case to a case under Chapter 7.

    4.    Debtor/Movant hereby files this conversion pursuant to 11 U.S.C. § 1307(a) to convert his Chapter 13 case to a case under Chapter 7.

    5.    All schedules and statements as well as the matrix filed in the original Chapter 13 case are still true and correct. If needed, certain schedules including income and expenses schedules will be amended and will be filed with this honorable court within ten (10) days. Debtor will be filing an amended Schedule I and J.

    **WHEREFORE,** Debtor/Movant requests relief in accordance with Chapter 7 of the Bankruptcy Code.

Dated: February 2, 2018                                       s/Chad J. Julius
                                                                             Chad J. Julius
                                                                             ID # 209496
                                                                             Attorney for Debtor/Movant

    I, Steven E. St. Clair, Debtor/Movant in the foregoing conversion, certify under penalty of perjury that the foregoing is true and correct.
                                                                                            s/Steven E. St. Clair

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN E. ST. CLAIR, :
: CASE NO.: 1:15-bk-02548-HWV
:

CERTIFICATE OF SERVICE

I, Tiffany Ramsey, paralegal with the Jacobson & Julius hereby certify that I have served a copy of the foregoing *Motion to Convert Case to Chapter 7* on the following person(s) by CM/ECF or by depositing a true and correct copy in the United States Mail, Postage Prepaid addressed to:

CHARLES J. DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
dehartstaff@pamd13trustee.com; harrisburgect@ramapo.com

U.S. TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
ustpregion03.ha.ecf@usdoj.gov

                                                s/Tiffany Ramsey
                                                Tiffany Ramsey, Paralegal
                                                Jacobson & Julius
                                                8150 Derry Street
                                                Harrisburg, PA 17111
                                                717.909.5858
Dated: February 2, 2018                   FAX: 717.909.7788

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN E. ST. CLAIR, :
: CASE NO.: 1:15-bk-02548-HWV
:

## ORDER

Upon consideration of Debtor's Motion to convert his Chapter 13 case to a Chapter 7 case, it is hereby ORDERED that the Motion is granted. The Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.