```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02548-HWV
Steven E. St. Clair, Jr.                                        Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: CGambini          Page 1 of 1          Date Rcvd: Feb 05, 2018
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +Steven E. St. Clair, Jr.,    3315 Hillside Drive,    Lebanon, PA 17046-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Steven E. St. Clair, Jr. cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Leon P Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Paul C Bametzreider    on behalf of Creditor    Reilly, Wolfson, Sheffey, Schrum and Lundberg LLP
               paulb@reillywolfson.com, pbaylor@reillywolfson.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN E. ST. CLAIR, :
: CASE NO.: 1:15-bk-02548-HWV
:

**ORDER**

Upon consideration of Debtor's Motion to convert his Chapter 13 case to a Chapter 7 case, it is hereby ORDERED that the Motion is granted. The Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

Dated: February 05, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)