Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT  
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM *****

Check No. 1186938

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-07197-RNO | 014-0 | TAMMIE CARTER PINKNEY<br>Original Check written to:<br>JOHNS HOPKINS HOSPITAL<br>C/O STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD, PO BOX 6250<br>MADISON, WI 53716- | 6628 | 298.43 | 4.26 | 0.00 | 4.26 |
| 13-03461-HWV | 016-1 | DENNIS LEE LINDSAY (DECEASED)<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>PAYMENT PROCESSING<br>ONE HOME CAMPUS, MAC#X2501-01D<br>DES MOINES, IA 503280001 | 6934 | 19,561.65 | 9.45 | 0.00 | 9.45 |
| 15-02548-HWV | 999-0 | STEVEN E. ST. CLAIR, JR.<br>Original Check written to:<br>STEVEN E. ST. CLAIR, JR.<br>3315 HILLSIDE DRIVE<br>LEBANON, PA 17046 | | 0.00 | 231.88 | 0.00 | 231.88 |
| | 134-0 | TRUSTEE SUSPENSE<br>Original Check written to:<br>HILLARY ANN BEAVERS<br>298 WIMMERS RD<br>JEFFERSON TWP, PA 18436 | 15-05202 | 0.00 | 443.00 | 0.00 | 443.00 |
| | 039-0 | TRUSTEE SUSPENSE<br>Original Check written to:<br>HILARY ANN BEAVERS<br>298 WIMMERS RD<br>JEFFERSON TWP, PA 18436 | 15-05202 | 0.00 | 443.00 | 0.00 | 443.00 |
| | 058-0 | TRUSTEE SUSPENSE<br>Original Check written to:<br>HILARY ANN BEAVERS<br>298 WIMMERS RD<br>JEFFERSON TOWNSHIP, PA 18436 | 15-05202 | 0.00 | 443.00 | 0.00 | 443.00 |