Check No. 1188221

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-02891-JJT | 999-0 | WILLIAM SCHAUB<br>Original Check written to:<br>WILLIAM SCHAUB<br>118 N. SHERIDAN ST., FL. 1<br>MCADOO, PA 18237-2022 | | 0.00 | 13.44 | 0.00 | 13.44 |
| 15-03400-HWV | 999-0 | CURTIS W. BROWN<br>Original Check written to:<br>CURTIS W. BROWN and ANNIE M. BROWN<br>238 OLD HERSHEY ROAD<br>ELIZABETHTOWN, PA 17022-1351 | | 0.00 | 183.26 | 0.00 | 183.26 |
| 15-03913-JJT | 999-0 | MARGARET CAHILL LANCASTER<br>Original Check written to:<br>MARGARET CAHILL LANCASTER<br>358 JADE AVENUE EAST<br>STROUDSBURG, PA 18301 | | 0.00 | 196.94 | 0.00 | 196.94 |
| 15-03913-JJT *(handwritten)* | 055-0 | Margaret Cahill Lancaster *(handwritten)*<br>Original Check written to:<br>MARGARET CAHILL LANCASTER<br>258 JADE AVENUE EAST<br>STROUDSBURG, PA 18301 | | 0.00 | 200.00 | 0.00 | 200.00 |
| 15-03913-JJT *(handwritten)* | 073-0 | Margaret Cahill Lancaster *(handwritten)*<br>Original Check written to:<br>MARGARET CAHILL LANCASTER<br>258 JADE AVE EAST<br>STROUDSBURG, PA 18301 | 15-03913 | 0.00 | 800.00 | 0.00 | 800.00 |
| 15-02548-HWV *(handwritten)* | 077-0 | Steven E St Clair Jr *(handwritten)*<br>Original Check written to:<br>STEVEN E ST CLAIR JR<br>3315 HILLSIDE DRIVE<br>LEBANON, PA 17046 | 15-02548 | 0.00 | 248.00 | 0.00 | 248.00 |